

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:           01-13-00554-CV

Style:                   Robert Pearson

                          **v.** Roger Kroschel, III, Individually and as the Representative of Rockin' R Trucking

Date motion filed[*]:      April 11, 2014

Type of motion:         Motion to extend time for filing appellee/cross-appellant's brief

Party filing motion:      Appellee/Cross-Appellant

Document to be filed:     Cross-Appellant's Brief

Is appeal accelerated?       No

If motion to extend time:
        Original due date:                      April 1, 2014
        Number of previous extensions granted:            Current Due date:
        Date Requested:                    June 11, 2014

Ordered that motion is:

        ☑         Granted

                If document is to be filed, document due: **June 11, 2014**

        ☐         The Court will not grant additional motions to extend time absent extraordinary circumstances.

        ☐         Denied

        ☐         Dismissed (*e.g.*, want of jurisdiction, moot)

        ☐         Other: _____

Judge's signature:   /s/ Jim Sharp_____
                      ☑     Acting individually      ☐    Acting for the Court

Panel consists of    _____

Date:   April 22, 2014_____

November 7, 2008 Revision